# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-4837-JEM | Date | **November 12, 2020** |
| Title | **SHYANN COURAGE v RONALD P BEARD et al** | | |

**Present: The Honorable**    **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Lorenzo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE RE SETTLEMENT**

     The Court hereby issues this Order to Show Cause why this case has not been dismissed. The parties are ORDERED to provide the Court with a Joint Response no later than **November 23, 2020**. The parties need not file the Joint Response if they file a dismissal on or before **November 23, 2020**.

|  | : |
|---|---|
| Initials of Preparer | slo |