# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shyann Courage,<br><br>    Plaintiff,<br><br>vs.<br><br>Ronald P. Beard, an Individual; and Does 1-10,<br><br>    Defendants. | Case No. 2:20-cv-04837-JEM<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

Complaint Filed: May 29, 2020
Trial Date: None Set

BEA09-01:2869642_1:12-9-20     - 1 -

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED in its entirety and with prejudice as to each and all of Plaintiff James Shyann Courage's claims and causes of action Defendant Ronald P. Beard.
2. The parties to this Stipulation are to bear their respective costs and attorneys' fees as against each other.

**IT IS SO ORDERED.**

Dated: 12/10/2020

Hon. John E. McDermott
United States Magistrate Judge